UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYLAN MILES,

                        Plaintiff,

       -against-

WALL STREET TRADING INC AKA
BAGEL POINT; SADDAM QUISHI; TANYA
QUISHI,

                        Defendants.

22-CV-1944 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Dylan Miles brings this action *pro se*. Plaintiff filed the complaint without a mailing address. It is Plaintiff's obligation to provide the Court with an address for mail service. *See* Fed. R. Civ. P. 11(a). The action cannot proceed if Plaintiff does not provide an address where he can be served.

    The Court therefore directs Plaintiff to provide the Court, within thirty days of the date of this order, with a mailing address where he can receive service of documents. Plaintiff must submit his address to this Court's Pro Se Intake Unit in a written document labeled with docket number 22-CV-1944 (LTS). Plaintiff may wish to submit this document using the Court's temporary procedures for email filing by *pro se* parties by emailing the document to Temporary_Pro_Se_Filing@nysd.uscourts.gov. If Plaintiff fails to respond within the time allowed, the Court will dismiss Plaintiff's complaint without prejudice to his refiling it. *See* Fed. R. Civ. P. 41(b).

Plaintiff may also provide the Court with an email address and consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is also available on the Court's website.

SO ORDERED.

Dated: March 10, 2022
       New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                  Chief United States District Judge

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**