UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYLAN MILES,

                    Plaintiff,

          -against-

WALL STREET TRADING INC AKA BAGEL
POINT; SADDAM QUISHI; TANYA QUISHI,

                    Defendants.

22-CV-1944 (LTS)

ORDER DIRECTING ORIGINAL
SIGNATUIRE AND PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

     Plaintiff Dylan Miles brings this action *pro se*. Plaintiff filed the complaint without a signature, a mailing address, and an application to proceed *in forma pauperis* ("IFP"), or payment of the filing fees. Because the action could not proceed with a mailing address, on March 10, 2022, the Court directed Plaintiff to update the Court, within thirty days of the date of that order, with a mailing address.

     Plaintiff has not provided an address in this action. Review of the court docket, however, indicates that in another action filed in this court, *see Miles v. Sedona Soul Adventures*, ECF 1:22-CV-1438, 5 (S.D.N.Y.), Plaintiff provided the court with a current address.

     Accordingly, the Court directs the Clerk of Court to add Plaintiff's mailing address to the court's docket, that is: 551 W 181st Street PMB #275, New York, NY 10033.

     The Court also directs Plaintiff, **within 14 days of the date of this order**, to resubmit the signature page of the complaint with an original signature, and to pay the filing fees of $402.00 or submit an IFP application. A copy of the signature page and an IFP application are attached to this order. No summons shall issue at this time.

     If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time

allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue)

SO ORDERED.

Dated:    April 27, 2022
          New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge