UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYLAN MILES,<br><br>                    Plaintiff,<br><br>        -against-<br><br>WALL STREET TRADING INC AKA BAGEL POINT; SADDAM QUISHI; TANYA QUISHI,<br><br>                    Defendants. | 22-CV-1944 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 27, 2022, the Court directed Plaintiff, within fourteen days, to resubmit the signature page of the complaint with an original signature, and to submit a completed request to proceed *in forma pauperis* ("IFP") application or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not resubmitted the signature page of the complaint with an original signature, filed an IFP application, or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 27, 2022
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge