UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYLAN MILES,

                Plaintiff,

-against-                            22-CV-1944 (LTS)

WALL STREET TRADING INC AKA              CIVIL JUDGMENT
BAGEL POINT; SADDAM QUISHI; TANYA
QUISHI,

                Defendants.

Pursuant to the order issued May 27, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an original signature on the complaint, and a completed request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 27, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge